IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00523-WYD-KMT

EDWARD D. CHAVEZ,

    Plaintiff,

v.

HOLIDAY RETIREMENT CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulated Motion for Order of Dismissal with Prejudice (filed May 22, 2008). After a careful review of the motion and the file, I conclude that the motion should be approved and the case dismissed. Accordingly, it is

ORDERED that the Stipulated Motion for Order of Dismissal With Prejudice is **GRANTED**. This matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

Dated: May 30, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge